IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

        Plaintiff,                    No. CIV S-08-0533 GEB EFB P

   vs.

JAMES A. YATES, et al.,

        Defendants.             ORDER

_____/

      Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Delano, California. Delano is in the Fresno Division of this court and the action should have been commenced there. *See* L.R. 3-120(b). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1

1  3. All future filings shall bear the new case number and shall be filed at:

   United States District Court
   Eastern District of California
   2500 Tulare Street
   Fresno, CA 93721

DATED: April 8, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE